HENRY WALDER, Respondent, *v.* BRIDGET ENGLISH, Appellant.

*Walder* v. *English,* 137 App. Div. 43, affirmed.
(Argued October 17, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 6, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages arising from an alleged breach of a lease.

*Joseph W. Middlebrook* and *Ellery E. Albee* for appellant.

*Walter G. C. Otto* and *Michael J. Tierney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.